AO 91 (Rev. 11/11) Criminal Complaint      Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 2 0 2014

David J. Bradley, Clerk of Court

United States of America
v.

GONZALEZ, Tiodulo

Defendant(s)

Case No. B-14-mJ-957

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/18/2014__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 21 U.S.C. 846 | knowingly and intentionally possess with the intent to distribute approx. 2.0 kgs of cocaine, a schedule II controlled substance; and conspiracy to possess with intent to distribute the same approx. 2.0 kgs of cocaine. |

This criminal complaint is based on these facts:

On October 18, 2014, members of the Cameron County Sheriff's Office Special Investigations Unit were working interdiction duties at the Harlingen Bus substation located at 1826 W. Tyler Avenue in Harlingen, Texas. Investigators boarded a bus and interviewed several passengers including Tiodulo GONZALEZ. During the course of the investigation and upon consensual search of GONZALEZ and his belongings, Investigators recovered two (2) bundles containing a white powdery substance, weighting approximately 2.0 kgs. The white powdery substance tested positive for cocaine.

☐ Continued on the attached sheet.

_/s/ Stephanie N. Orr_
Complainant's signature

Stephanie N. Orr, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/20/2014

_/s/ Ronald G. Morgan_
Judge's signature

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
Printed name and title