```
AO 257                                                                    PER 18 U.S.C. 3170
(Rev. 6/78)
```

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

**OFFENSE CHARGED**
Conspiracy and Possession with intent to distribute approximately 2.00 kgs or more of cocaine, a schedule 2 controlled substance.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of Offense
Harlingen, Texas

U.S.C. Citation
21 USC 841 & 846

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas
U.S. Magistrate Judge Ronald G. Morgan
Brownsville, Texas

United States District Court
Southern District of Texas
FILED

**DEFENDANT** - U.S. vs.
▶ GONZALEZ, Tiodulo

OCT 2 0 2014

Address { Naples, Florida

David J. Bradley, Clerk of Court

B-14-MJ-957

Birth Date _____
(Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trail in other Federal or State court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO. ▶

Name and Office of Person Furnishing Information on THIS FORM      DEA SA Stephanie Orr
☑ U.S. Att'y ☐ Other U.S.

Name of Asst. U.S. Att'y (if assigned)      Holly D'Andrea

**DEFENDANT**
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction        } ☑ Fed'l ☐ State
6) ☐ Awaiting trial on the charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes   } If "Yes" give date filed _____
                         ☑ No

DATE OF ARREST ▶ 10-18-2014
Or ... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED ▶ _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*